477 A.2d 896

Commonwealth v. Heil, Appellant.

Reargument Denied July 18, 1984.

Petition for Allowance of Appeal
Denied Oct. 31, 1984.

Argued February 29, 1984. Roger D. Horgan, for appellant; Kenneth J. Benson, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, DEL SOLE and MONTGOMERY, JJ.

Order affirmed.

476 A.2d 86

Commonwealth v. Johnson, Appellant.

Petition for Allowance of Appeal
Denied Sept. 18, 1984.

Argued March 28, 1984. Frederick W. McBrien, III, for appellant; Joseph Hylan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and McEWEN, JJ.

Order affirmed.